**No. 09-1244. Carlene Graham, Petitioner v. Metropolitan Life Insurance Company.**

560 U.S. 927, 130 S. Ct. 3334, 176 L. Ed. 2d 1223, 2010 U.S. LEXIS 4289.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 349 Fed. Appx. 957.